IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Parks, Deborah M

Printed: 03/10/09

Case Number: 07 B 23415
Judge: Hollis, Pamela S
Filed: 12/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 5, 2009
Confirmed: February 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,544.07 |  |
| Secured: |  | 5,588.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,999.00 |
| Trustee Fee: |  | 576.36 |
| Other Funds: |  | 1,380.71 |
| Totals: | 10,544.07 | 10,544.07 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,999.00 | 2,999.00 |
| 2. | Balaban Furniture Ltd | Secured | 1,266.69 | 363.00 |
| 3. | Regional Acceptance | Secured | 16,352.95 | 4,774.00 |
| 4. | Continental Furniture | Secured | 1,583.46 | 451.00 |
| 5. | Peoples Energy Corp | Unsecured | 496.21 | 0.00 |
| 6. | Salute Visa | Unsecured | 682.82 | 0.00 |
| 7. | T Mobile USA | Unsecured | 131.50 | 0.00 |
| 8. | Verizon Wireless Midwest | Unsecured | 850.81 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 238.58 | 0.00 |
| 10. | Balaban Furniture Ltd | Unsecured | 1,248.34 | 0.00 |
| 11. | Cook County Treasurer | Secured |  | No Claim Filed |
| 12. | Provident Bank | Unsecured |  | No Claim Filed |
| 13. | HSBC | Unsecured |  | No Claim Filed |
| 14. | First American Cash Advance | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 17. | MCI Telecommunications | Unsecured |  | No Claim Filed |
| 18. | Seventh Avenue | Unsecured |  | No Claim Filed |
| 19. | Telecom USA | Unsecured |  | No Claim Filed |
| 20. | Nuvell Credit Company LLC | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,850.36 | $ 8,587.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Parks, Deborah M | Case Number: 07 B 23415 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 12/13/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 104.41 |
| 6.5% | 336.36 |
| 6.6% | 135.59 |
| | $ 576.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*